GEORGE FOSTER, Respondent, v. ATTILIO J. ZAMPIERI et al., Appellants.

*Foster* v. *Zampieri*, 140 App. Div. 471, affirmed.
(Submitted October 10, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term entered after the submission of certain questions to a jury in an action to recover the expense to which plaintiff was put in protecting the walls of some houses owned by him immediately adjoining a lot of defendants in which they were excavating.

*Abraham Finelite* for appellants.

*Wilson B. Brice* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

RICHARD S. WHITE et al., Appellants, v. THE MARYLAND CASUALTY COMPANY, Respondent.

*White* v. *Maryland Casualty Co.*, 142 App. Div. 945, affirmed.
(Argued October 10, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 31, 1911, which affirmed a final judgment in favor of defendant dismissing the complaint after a demurrer thereto had been sustained in an action to recover upon a policy of indemnity insurance.

*Alfred B. Cruikshank* for appellants.

*James J. Mahoney* and *M. J. Wright* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.